**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

**Case No.** <u>CV 07-6466-OP</u>          **Date** <u>August 13, 2008</u>

**Title:** <u>Steven Selvester v. Michael J. Astrue, Commissioner of Social Security Administration</u>

---

|  |  | ☐ U.S. DISTRICT JUDGE |
|---|---|---|
| **PRESENT:** THE HONORABLE | <u>OSWALD PARADA</u> | |
|  |  | ☒ MAGISTRATE JUDGE |

| <u>Maynor Galvez</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            NONE                                                                       NONE

**PROCEEDINGS:**     (IN CHAMBERS: ORDER TO SHOW CAUSE)

On October 12, 2007, plaintiff filed a Complaint. On October 30, 2007, the Court issued its case management order. On April 21, 2008, defendant filed an Answer to the Complaint and filed a copy of the certified administrative record.

In accordance with the Court's case management order, the parties were to engage in good faith settlement negotiations and, in the event that a settlement could not be reached, the parties were to cooperate in the preparation of a joint stipulation containing a summary of the case and disputed issues. On April 18, 2008, the Court granted plaintiff's counsel's motion to withdraw as Attorney of Record. Plaintiff was given forty-five (45) days to retain counsel and to file a Motion for Summary Judgment or Joint Stipulation in accordance with case management order filed on October 30, 2007. To date, no motion or stipulation has been filed.

Accordingly, plaintiff is ordered to show cause no later than September 3, 2008, why this case should not be dismissed for failure to prosecute. Plaintiff's filing of a status report confirming that he is cooperating in the preparation of the joint stipulation no later than September 3, 2008, shall be deemed in compliance with this order to show cause. Plaintiff's failure to do so by September 3, 2008, shall result in the Court recommending that this action be dismissed for failure to prosecute. Since

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. **CV 07-6466-OP (OP)**               Date   **August 13, 2008**

**Title: Steven Selvester v. Michael J. Astrue, Commissioner of Social Security Administration**                                                                Page 2

the Court has not received any filings from plaintiff, the Court is sending this minute order to the noted address on prior counsel's proof of service, listed as: Steven Selvester, 6298 East Ocean Blvd., Long Beach, CA 90803.

**IT IS SO ORDERED.**


cc:   Steven Selvester
      6298 East Ocean Blvd.
      Long Beach, CA 90803







                                                                    MG
                                            Initials of Deputy Clerk_____

CV-90 (10/98)
CIVIL   MINUTES   -    GENERAL